**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  00-WM-2403 - WDM

WILLIAM B. WESSON, Plaintiff;

vs.

THE HOPE MINING, MILLING AND LEASING COMPANY, a Colorado corporation;
GEORGE W. PARMER, W.W. GREY, W.C. TAGERT, W.L. GRAVES, BENJ. R.
KOBEY, individually and as the last known board of directors of the HOPE MINING,
MILLING AND LEASING COMPANY; the UNITED STATES OF AMERICA,
SECRETARY OF AGRICULTURE, UNITED STATES FOREST SERVICE; and, ANY
AND ALL UNKNOWN PERSONS who claim any interest in the subject matter of this
action; Defendants.
_____

**ORDER CONTINUING ADMINISTRATIVE CLOSURE**
_____

This matter is before the Court on Plaintiff's *Unopposed Motion to Continue*

*Administrative Closure Pending Settlement Negotiations*.  Being sufficiently informed,

the Court orders that the administrative closure continue until 1 September 2008.  The

administrative closure of this case does not foreclose further litigation of this case and

this administratively closed case may be reopened for good cause upon motion by

either party.   If the parties do not file a stipulation for dismissal with prejudice or  a

motion to reopen this case for good cause on or before September 1, 2008, this case

will be automatically dismissed without prejudice.

DATED at Denver, Colorado, on March 4, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge