IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02403-WYD-MEH

WILLIAM B. WESSON,

     Plaintiff,

v.

HOPE MINING, MILLING AND LEASING COMPANY, a Colorado Corporation,
GEORGE W. PARMER,
W. W. GREY,
W. C. TAGERT, individually and as the last known board of directors of the Hope Mining, Milling and Leasing Company,
W. L. GRAVES, individually and as the last known board of directors of the Hope Mining, Milling and Leasing Company,
BENJ. R. KOBEY, individually and as the last known board of directors of the Hope Mining, Milling and Leasing Company, and
USA, Secretary of Agriculture, United States Forest Service; and, any and all person who claim any interest in the subject matter of this action,

     Defendants.

## ORDER OF RECUSAL

**Michael E. Hegarty, United States Magistrate Judge.**

Soon after the initiation of this lawsuit, this matter was referred to Magistrate Judge O. Edward Schlatter by Order of the District Court. The case was administratively closed on March 26, 2002 and, during the period in which the case was closed, Magistrate Judge Schlatter retired. The case was recently reopened on July 28, 2011, and was reassigned to me.

Previous to my appointment to the federal bench, I was employed as the Chief of the Civil Division in the United States Attorney's Office, which is counsel for one or more of the parties in this case. In that capacity (through the end of 2005), I represented the Defendant United States in this case.

Pursuant to 28 U.S.C. §455(b)(3), a Magistrate Judge shall disqualify himself under the following circumstances:

> Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy.

Consistent with this statute, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 12th day of September, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge