IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02403-WYD-KLM

WILLIAM B. WESSON,

    Plaintiff,

v.

HOPE MINING, MILLING AND LEASING COMPANY, a Colorado corporation,
GEORGE W. PARMER, individually,
W. W. GREY, individually,
W. C. TAGERT, individually and as the last known board of directors [sic] of the Hope Mining, Milling and Leasing Company,
W. L. GRAVES, individually and as the last known board of directors [sic] of the Hope Mining, Milling and Leasing Company,
BENJ. R. KOBEY, individually and as the last known board of directors [sic] of the Hope Mining, Milling and Leasing Company, and
USA, Secretary of Agriculture, United States Forest Service,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Vacate Scheduling Conference** [Docket No. 70; Filed October 13, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for October 27, 2011, at 9:30 a.m. is **VACATED**. The Court will reset the Scheduling Conference, if necessary, after resolution of the pending Motion for Reconsideration [#60].

    Dated: October 13, 2011